# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**V.**

Antonio Ezequiel Cardenas-Guillen
a.k.a. "Tony Tormenta", et. al.

| DOCKET NO: | MAGIS. NO: |
|---|---|
| 08-057 #8 | |

**NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**

Alfredo Rangel Buendia (8)
a.k.a. "Chicles,"
Mexico

| DOB: | Unknown | PDID: | | |
|---|---|---|---|---|

| WARRANT ISSUED ON THE BASIS OF: | SUPERSEDING INDICTMENT | DISTRICT OF ARREST | Washington, DC |
|---|---|---|---|

| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | Washington, DC |
|---|---|---|---|

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE AND 1,000 KILOGRAMS OR MORE OF MARIJUANA FOR IMPORTATION INTO THE UNITED STATES;

DISTRIBUTION OF COCAINE FOR IMPORTATION INTO THE UNITED STATES

AID AND ABET;

ASSET FORFEITURE

Counts 1, 2 and Asset Forfeiture

### UNITED STATES CODE TITLE & SECTION:

**IN VIOLATION OF:** 21:963, 959 and 960; 18:2; 21:853 and 970

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| HWOB | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE ALAN KAY | U.S. MAGISTRATE JUDGE ALAN KAY | AUG 1 2 2009 |

| CLERK OF COURT: | BY DEPUTY CLERK | DATE: |
|---|---|---|
| Nancy Mayer-Whittington | | AUG 1 2 2009 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8/12/2009 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA  Yes  No X | C Estrada, DUSM | OCDETF CASE:  Yes X  No |
| CASE: | | |

146 2477